No. 10–831.  GAITAN-AYALA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–837.  SMITH v. ANDERSON ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–839.  SEGER-THOMSCHITZ v. DUNBAR.  C. A. 5th Cir. Certiorari denied.

No. 10–845.  CABRERA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–846.  STRATEGIC HOUSING FINANCE CORPORATION OF TRAVIS COUNTY v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 10–849.  FILIPCZYK v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 10–850.  OHIO v. ROSEBOROUGH.  Ct. App. Ohio, Ashland County.  Certiorari denied.

No. 10–853.  ZABARA v. BYRNE ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 10–858.  PARTAIN v. ISGUR ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–860.  REPKING ET AL. v. LOKEY ET AL.  Sup. Ct. Ark. Certiorari denied.

No. 10–863.  KADI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–866.  PAPYRUS TECHNOLOGY CORP. v. NEW YORK STOCK EXCHANGE, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 10–874.  SHERWOOD v. INTERNAL REVENUE SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–877.  INDEPENDENT SCHOOL DISTRICT No. 12, CENTENNIAL v. MINNESOTA DEPARTMENT OF EDUCATION.  Sup. Ct. Minn.  Certiorari denied.